```
1  BENJAMIN B. WAGNER
   United States Attorney
2  NIRAV K. DESAI
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | NO. 2:12-MJ-258 CKD |
| v. | APPLICATION FOR UNSEALING COMPLAINT |
| REYNALDO GONZALES-BAUTISTA, | |
| Defendant. | |

On October 3, 2012, the complaint was filed in the above-referenced case. Since the defendant has now been arrested, it is no longer necessary for the complaint to be sealed. The government respectfully requests that the complaint and this case be unsealed.

DATED: October 5, 2012                Respectfully submitted,

                                      BENJAMIN B. WAGNER
                                      United States Attorney

                                      By:/s/ Nirav K. Desai
                                         NIRAV K. DESAI
                                         Assistant U.S. Attorney

```
1   BENJAMIN B. WAGNER
    United States Attorney
2   NIRAV K. DESAI
    Assistant U.S. Attorney
3   501 I Street, Suite 10-100
    Sacramento, California  95814
4   Telephone: (916) 554-2700

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )
                                   )
12          Plaintiff,             )   NO. 2:12-MJ-258 CKD
                                   )
13      v.                         )   ORDER
                                   )   FOR UNSEALING COMPLAINT
14  REYNALDO GONZALES-BAUTISTA,    )
                                   )
15          Defendant.             )
    _____ )
16

17       The government's request to unseal the Complaint and this case

18  is GRANTED.

19  SO ORDERED:

20  DATED: October 5, 2012           /s/ Carolyn K. Delaney
                                     HON. CAROLYN K. DELANEY
21                                   U.S. Magistrate Judge

22

23

24

25

26

27

28
```